NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: BULK [EXTRUDED] GRAPHITE PRODUCTS ANTITRUST LITIGATION | **ORDER** <br><br> Civ. No. 02-6030 (WHW) |

**Walls, District Judge**

It is on this 4th day of April, 2006,

ORDERED that Plaintiffs' Motion for Class Certification is GRANTED. The following

Class is certified pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure:

> All persons (excluding federal government entities, defendants, and their respective parents, subsidiaries, and affiliates) who purchased Bulk Extruded Graphite Products in the United States, directly from the defendants, their affiliates or subsidiaries, during the period January 1, 1993 through December 31, 1998.

**s/William H. Walls**
United States Senior District Judge
